# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

August 14, 2024

**VIA ECF**
The Hon. Cheryl L. Pollak, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    *Brooks v. Tapper*
                         **Case No.: 1:24-cv-00263-ARR-CLP**

Dear Honorable Magistrate Judge Pollak:

      This law firm represents Plaintiff Fredricka Brooks (the "Plaintiff") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules, and the directives in Your Honor's August 8, 2024 Order, the instant letter respectfully serves to provide the Court with a status update in the above-referenced action.

      The instant letter further respectfully serves to request an extension of time to, through and including, September 6, 2024, to serve Individual Defendant Karen Tapper (the "Individual Defendant").

      On February 2, 2024, Plaintiff's process servers advised the undersigned that they attempted to serve the Individual Defendant at her last known business address, located at 4901 Fillmore Ave., Brooklyn NY 11234. Despite Plaintiff's process servers efforts, service was unsuccessful.

      The undersigned has since located the whereabouts of the Individual Defendant's last known residential address.

      Additional time is needed for Plaintiff's process servers to affect service on the Individual Defendant, at her last known residential address. Plaintiff's process servers anticipate being in a position to complete service, on or before September 6, 2024.

      In light of the foregoing, Plaintiff respectfully requests an extension of time to, through and including, September 6, 2024, to serve the Individual Defendant.

      Thank you, in advance, for your time and attention to this matter.

                                    Respectfully submitted,

                                 LEVIN-EPSTEIN & ASSOCIATES, P.C.

                               By:  */s/ Jason Mizrahi*
                                       Jason Mizrahi, Esq.
                                       60 East 42nd Street, Suite 4700
                                       New York, New York 10165
                                       Tel. No.:  (212) 792-0048
                                       Email: Jason@levinepstein.com
                                       *Attorneys for Plaintiff*

VIA ECF: All Counsel