# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

September 6, 2024

**VIA ECF**
The Hon. Cheryl L. Pollak, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Brooks v. Tapper*
            **Case No.: 1:24-cv-00263-ARR-CLP**

Dear Honorable Magistrate Judge Pollak:

      This law firm represents Plaintiff Fredricka Brooks (the "Plaintiff") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of time to, through and including, October 6, 2024, to serve Individual Defendant Karen Tapper (the "Individual Defendant").

      On February 2, 2024, Plaintiff's process servers advised the undersigned that they attempted to serve the Individual Defendant at her last known business address, located at 4901 Fillmore Ave., Brooklyn NY 11234. Despite Plaintiff's process servers efforts, service was unsuccessful. Plaintiff's process servers were then directed to re-attempt service at Plaintiff's last known residential address.  On August 20, 2024, Plaintiff's process servers advised the undersigned that they attempted to serve the Individual Defendant at her last known residential address, located at 330 Hinsdale St., Apt. C216, Brooklyn, NY 11207. Despite Plaintiff's process servers efforts, service was unsuccessful.

      Additional time is needed for Plaintiff to locate any additional business or residential addresses for the Individual Defendant, before accomplishing service. Otherwise, the undersigned anticipates the filing of a motion for leave to accomplish service via alternative means.  In light of the foregoing, Plaintiff respectfully requests an extension of time to, through and including, October 6, 2024, to serve the Individual Defendant.

      Thank you, in advance, for your time and attention to this matter.

                                Respectfully submitted,

                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                         By: */s/ Jason Mizrahi*
                              Jason Mizrahi, Esq.
                              60 East 42nd Street, Suite 4700
                              New York, New York 10165
                              Tel. No.:  (212) 792-0048
                              Email: Jason@levinepstein.com
                              *Attorneys for Plaintiff*

VIA ECF: All Counsel